# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | |
| --- | --- | --- |
| | : | Chapter 13 |
| RICHARD ANDREW WILLIAMS | : | |
| | : | Bankruptcy No. 22-11036-AMC |
| Debtor. | : | |

## **O R D E R**

**AND NOW**,   the Debtor having filed the above bankruptcy case on April 22, 2022,

**AND**, the Debtor having filed two (2) prior bankruptcy cases before the present case:

Including Case Number 08-13495, Chapter 7 filed in Pennsylvania Eastern Bankruptcy Court on 05/29/2008 , Standard Discharge on 08/01/2011

Including Case Number 21-10180, Chapter 13 filed in Pennsylvania Eastern Bankruptcy Court on 01/25/2021 , Dismissed for failure to make plan payments and other reasons on 03/29/2022;

**AND**, it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **TELEPHONIC HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on May 24, 2022 at 11:00 a.m. in Bankruptcy Court**.  Parties are to Dial: 877-873-8017 Access Code: 3027681# .

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval.  See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

Dated: April 29, 2022

_____
Ashely M. Chan
United States Bankruptcy Judge