FILED
JAN 28 2026
CLERK OF COURT
____ DEP. CLERK

Richard A. Williams Jr
1713 N. 59th St.
Phila. Pa. 19151.
SS# 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.
Birthdate - 11/01/1961.

To U.S. Bankruptcy Court,

Reference number    2211036 AMC
Reference number    2110180 AMC

My name is Richard A. Williams Jr, and I am writing to you because an entry is appearing on my credit report which states I have filed a bankruptcy in your court.

Could you please explain to me how this could occur? From my understanding, only the last 4 digits of a debtors Social security number are released to third parties, under the Federal Rules of Bankruptcy Procedure.

Finally does this court release information about debtor bankruptcies to third parties such as Lexis Nexis, Trans Union, Experian or Equifax? Any information you can provide is appreciated

Richard Williams