United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 22-11036-amc

Richard Andrew Williams, Jr.                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 28, 2026 | Form ID: 235 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

**Recip ID          Recipient Name and Address**
db          + Richard Andrew Williams, Jr., 1713 N 59th Street, Philadelphia, PA 19151-3906

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| EVAN A BLAKER | on behalf of COOPER ELECTRIC SUPPLY CO. eblaker@cohenseglias.com  mjaskolka@cohenseglias.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Richard Andrew Williams  Jr. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor Richard Andrew Williams  Jr. michael@sadeklaw.com, sadeklaw@recap.email |

District/off: 0313-2                                    User: admin                                         Page 2 of 2

Date Rcvd: Jan 28, 2026                                Form ID: 235                                      Total Noticed: 1

United States Trustee

                  USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 235* (3/23)–doc 70

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        )
   Richard Andrew Williams Jr.                )          Case No. 22–11036–amc
                                              )
                                              )
   Debtor(s).                              )          Chapter: 13
                                              )
                                              )

## Notice to debtor(s) in re: credit reporting

In reply to your letter, the Bankruptcy Court **does not report information** to any
of the credit reporting agencies. The credit reporting agencies, however, collect information regarding
bankruptcy cases directly from the court's **public** records. Bankruptcy petitions, schedules,
and other documents are public records. Regardless of the disposition of your case (i.e., open, closed,
discharged, dismissed, etc.) the credit reporting agencies can report your case on your credit report for
up to ten years.

The Bankruptcy Court is unable to assist you with removing or correcting information listed on
your credit report.

For more information, please visit the following webpage:
 (https://www.paeb.uscourts.gov/credit–reporting–and–court–records)

Date: January 28, 2026                                    For The Court

                                                          Mohung Wong
                                                          Clerk of Court